UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH ALEXANDER,

Plaintiff,

v.

GOVERNMENT OF THE DISTRICT OF COLUMBIA,

Defendant.

Civil Action No: 17-1885-ABJ

PROPOSED ORDER

Plaintiffs' consent motion to modify the Scheduling Order [80] is GRANTED; and it is further

ORDERDED that the Schedule in this case is amended as follows:

| Deadline | Date in current Scheduling Order | Amended deadline |
| --- | --- | --- |
| Fact Discovery on liability and class issues completed | April 30, 2021 | July 30, 2021 |
| Joint Status Report whether the Court should establish a schedule for the briefing of class certification issues, and what that schedule should be | May 6, 2021 | August 6, 2021 |
| Plaintiff's expert designations and disclosures | May 23, 2021 | August 23, 2021 |
| Defendant's expert designations and disclosures | July 10, 2021 | October 11, 2021 |
| All expert discovery must be completed | September 10, 2021 | December 10, 2021 |

1

| | | |
|---|---|---|
| Status conference | September 14, 2021 | December 15, 2021 |

SO ORDERED.

_____
THE HONORABLE AMY BERMAN JACKSON
United States District Court for the District of Columbia