UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH ALEXANDER, </br></br> Plaintiff, </br></br> v. </br></br> GOVERNMENT OF </br> THE DISTRICT OF COLUMBIA, </br></br> Defendant. | Civil Action No. 17-1885 (ABJ) |

## ORDER

With the consent of the parties on August 23, 2021 it is

**ORDERED** that this matter is referred to the Court's Mediation Program to commence as of August 23, 2021. It is

**FURTHER ORDERED** that mediation efforts shall conclude by November 18, 2021. It is

**FURTHER ORDERED** that the parties shall submit a report to this Court on the status of the mediation by November 18, 2021, and if the case settles in whole or in part, both parties shall immediately advise the Court of the settlement by filing a stipulation. And it is

**FURTHER ORDERED** that this case is STAYED pending the close of mediation.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: August 23, 2021