UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH ALEXANDER,<br><br>                   Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>                   Defendant. | Civil Action No. 17-1885 (ABJ) |

**JOINT MOTION FOR PRELIMINARY ORDER OF APPROVAL AND SETTLEMENT**

      Pursuant to Rules 7(b) and 23(e) of the Federal Rules of Civil Procedure, the Parties jointly move for a preliminary order of approval and settlement. As set forth in the accompanying memorandum of points and authorities, which is incorporated here, the Parties have reached a settlement and seek the Court's preliminary approval. The terms of the proposed class settlement are contained in a Settlement Agreement dated December 9, 2022 ("Settlement Agreement"), which is attached along with a proposed order for the Court's consideration that includes a request to schedule a fairness hearing. Accordingly, the Parties request that the Court grant this motion for preliminary approval of their Settlement Agreement and enter the Proposed Order accompanying this motion.

Dated:   December 9, 2022.

                                                             Respectfully submitted,

_/s/ William Claiborne_                            KARL A. RACINE
WILLIAM CLAIBORNE                     Attorney General for the District of Columbia
D.C. Bar # 446579
717 D Street, N.W.                               CHAD COPELAND
#300                                                            Deputy Attorney General
Washington, DC 20004                      Civil Litigation Division
Phone 202/824-0700

| | |
|---|---|
| Email claibornelaw@gmail.com | */s/ Fernando Amarillas* <br> FERNANDO AMARILLAS [974858] |
| *Counsel for Plaintiff and the proposed Class* | Assistant Deputy Attorney General |
| | */s/ Micah Bluming* <br> MICAH BLUMING [1618961] <br> HELEN M. RAVE* <br> Assistant Attorneys General <br> Equity Section <br> 400 Sixth Street, N.W., Suite 10100 <br> Washington, D.C. 20001 <br> (202) 724-7272 <br> (202) 730-1833 (fax) <br> micah.bluming@dc.gov |
| | *Counsel for Defendant* |

---

\* Bar number pending.